FILED

DEC 19 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### BUTTE DIVISION

| | |
|---|---|
| JENNIFER SHAHOOD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST MONTANA BANK, INC., a Montana corporation; CHRIS DUTOIT, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Cause No. 2:18-cv-47-SEH<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a)(2),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney fees. All pending deadlines are VACATED.

DATED this 19th day of December 2018.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge